# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN JOSEPH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA ex rel. NDOC, *et al.*,<br><br>　　　　　　Defendants. | 3:21-cv-00289-RCJ-CSD<br><br>**ORDER**<br><br>Re: ECF No. 43 |

　　　Before the court is Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (ECF No. 43).

　　　Good cause appearing, Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (ECF No. 43) is **GRANTED** to the extent that Defendants shall have to and including **April 5, 2023**, in which to file a response to Plaintiff's Motion for Summary Judgment (ECF No. 41).

　　　**IT IS SO ORDERED.**

　　　DATED: February 22, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE