**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTIN JOSEPH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA ex rel. NDOC, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00289-RCJ-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

Pursuant to the court's order (ECF No. 47), the Office of the Attorney General did not accept service of process on behalf of Defendant Richard Snyder. However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 50.)

The Clerk shall ISSUE a summons for Richard Snyder and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 50.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint, (ECF No. 48), the Report and Recommendation of United States Magistrate Judge (ECF No. 40), the court's order adopting Report and Recommendation of United States Magistrate Judge (ECF No. 47), and this order to the U.S. Marshal for service on Defendant Richard Snyder. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

/ / /

/ / /

Plaintiff is reminded that if the above-named Defendant is not served by June 12, 2023,[1] he may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: March 29, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This date represents 90 days from the date of the filing of the court's order regarding Plaintiff's Second Amended Complaint (ECF No. 47).

2