UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN JOSEPH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel NDOC, *et al.*,<br>　　　　　　Defendants. | Case No.: 3:21-CV-00289-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 59) |

　　　Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 59[1]) entered on May 12, 2023, recommending that the Court dismiss Plaintiff's motion for summary judgment (ECF No. 41) without prejudice. Plaintiff may refile his motion *after* the discovery completion deadline but *before* the expiration of the dispositive motion deadline.

　　　Plaintiff filed his objections to Magistrate Judge's Report and Recommendation (ECF No. 60) on May 31, 2023, Defendants filed a response to Plaintiff's objections (ECF No. 62) on May 31, 2023.

　　　This action was referred to Magistrate Judge Denny under 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

　　　The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the objections to the Report and

---

[1] Refers to Court's docket number.

1

Recommendation and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(C) and the Local Rules of Practice, LR IB 3-2(b).

**IT IS HEREBY ORDERED** that United States Magistrate Judge Denny's Report and Recommendation (ECF No. 59) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 41) is **DENIED WITHOUT PREJUDICE**.  Plaintiff may refile his motion *after* the discovery completion deadline but *before* the expiration of the dispositive motion deadline.

**IT IS SO ORDERED.**

DATED this 8TH day of June 2023.

_____
ROBERT C. JONES
Senior United States District Judge