UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTIN JOSEPH,

    Plaintiff

v.

THE STATE OF NEVADA ex rel. NDOC, et al.,

    Defendants

Case No.: 3:21-cv-00289-RCJ-CSD

**Order**

    On December 6, 2023, Defendants filed a suggestion of death indicating Plaintiff passed away on August 31, 2023. (ECF No. 73.)

    If a motion to substitute by a proper party in place of the Plaintiff is not made on or before **March 5, 2024**, it will be recommended that this action be dismissed without prejudice and this case be administratively closed. Fed. R. Civ. P. 25.

    The pending scheduling order deadlines are **vacated**.

**IT IS SO ORDERED**.

Dated: December 7, 2023

                                                      Craig S. Denney
                                                      United States Magistrate Judge