UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN JOSEPH, <br><br> Plaintiff <br><br> v. <br><br> THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants | Case No.: 3:21-cv-0289 RCJ-CSD <br><br> **Report & Recommendation of United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Robert C. Jones, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff was an inmate in the custody of the Nevada Department of Corrections (NDOC). The court screened Plaintiff's second amended complaint (SAC), and allowed him to proceed with claims under the First Amendment's Free Exercise Clause and Establishment Clause and the Religious Land Use and Institutionalized Persons Act (RLUIPA), as well as the Fourteenth Amendment's Equal Protection Clause against defendants Davis, Ferro, Garrett, Snyder, Wickham, and Williams. (ECF Nos. 40, 47, 48.)

On December 6, 2023, Defendants filed a suggestion of death on the record indicating Plaintiff had passed away. (ECF No. 73.) The court entered an order setting a deadline of March 5, 2024, for a motion to substitute a proper party in place of Plaintiff, cautioning that if a motion to substitute was not filed by that date it would be recommended that this action be dismissed without prejudice and the case administratively closed under Federal Rule of Civil Procedure 25. (ECF No. 75.)

No motion to substitute has been filed; therefore, this action should be dismissed without prejudice under Rule 25.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 21, 2024

_____
Craig S. Denney
United States Magistrate Judge