UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN JOSEPH, | Case No.: 3:21-CV-00289-RCJ-CSD |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 77) |
| v. | |
| THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORECTIONS, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No.77[1]), entered on March 21, 2024, recommending that the Court dismiss this action without prejudice. No objection to the Report and Recommendation has been filed.

This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation, (ECF No. 77), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this action is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated: April 9, 2024.

_____
ROBERT C. JONES
United States District Judge